# LEBOWITZ LAW OFFICE, LLC

Marc A. Lebowitz | 212.682.6818 | marc@lebolaw.com
747 Third Avenue - 23rd Floor, New York, New York 10017
www.lebolaw.com

December 27, 2019

The Honorable Denise Cote
United States District Judge
United States District Court
Southern District of New York

Re: Hirsch v. Heavy, Inc. 19-cv-10380-DC

Dear Judge Cote:

This office represents defendant Heavy, Inc. in the above referenced matter. I write to the Court, with the consent of Plaintiff's counsel, to request an adjournment of the Initial Conference; which is currently scheduled for Friday, January 3, 2020. The reason for this request is to allow the parties additional time to discuss a potential resolution of this matter.

This is the first time on for the Initial Conference and no previous request for an adjournment has been made by either party. Please note that the parties have also submitted a proposed stipulation and order which would extend defendant's time to answer the complaint until Friday, January 31, 2020 (D.E. No. 6).

Respectfully submitted,

*Keith Getz*
Keith M. Getz

cc: Richard Liebowitz (via ECF)

---

[Handwritten endorsement:] The conference is adjourned to 2/7/20 at noon.

*Denise Cote*
12/30/19
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/30/2019