UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------- X
                                        :   19cv10380(DLC)
STEVEN HIRSCH,                          :
                            Plaintiff,  :   ORDER
            -v-                         :
                                        :
HEAVY INC.,                             :
                            Defendant.  :
                                        :
--------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/2020

DENISE COTE, District Judge:

ORDERED that the time of initial pretrial conference scheduled for February 7, 2020 is moved to 11:30 a.m. in Courtroom 18B. **All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.**

Dated:   New York, New York
         February 4, 2020

                                    _____
                                          DENISE COTE
                                    United States District Judge