UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
STEVEN HIRSCH,     :     19cv10380(DLC)
            Plaintiff,     :     ORDER
    -v-     :
HEAVY INC.,     :
            Defendant.     :
------------------------------------- X

DENISE COTE, District Judge:

On March 9, 2020, the Court received a letter requesting an additional thirty days to submit a stipulation of dismissal or re-open the above action. Accordingly, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **April 6, 2020**. If no such application is made by that date, the dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

IT IS FURTHER ORDERED that there shall be no further extensions of the April 6 date.

Dated:   New York, New York
         March 10, 2020

                                        /s/ Denise Cote
                                        ─────────────────────
                                        DENISE COTE
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/10/2020